UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                          :
CIBAO MEAT PRODUCTS, INC.,                :       21cv10754 (DLC)
                                          :
                       Plaintiff,         :       ORDER OF
          -v-                             :       DISCONTINUANCE
                                          :
LA FINQUITA, LLC,                         :
                                          :
                       Defendant.         :
                                          :
------------------------------------------X
------------------------------------------X
                                          :
LA FINQUITA, LLC,                         :
                       Counterclaim       :
                       Plaintiff,         :
          -v-                             :
                                          :
CIBAO MEAT PRODUCTS, INC.,                :
                                          :
                                          :
                       Counterclaim       :
                       Defendant.         :
                                          :
------------------------------------------X

DENISE COTE, District Judge:

     It having been reported to this Court that this case has

been settled, it is hereby

     ORDERED that the above-captioned action is discontinued

without costs to any party and without prejudice to restoring

the action to this Court's calendar if the application to

restore the action is made by **May 16, 2022**.  If no such

application is made by that date, today's dismissal of the

action is with prejudice.  See Muze, Inc. v. Digital On Demand,
Inc., 356 F.3d 492, 494 n.1 (2d Cir. 2004).

Dated:     New York, New York
           April 15, 2022

                                    _____
                                    DENISE COTE
                                    United States District Judge

2